**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL HUPP,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>MARK EDWARD PETERSEN, et al.,<br><br>　　　　　　Defendants. | Case No. ED CV 15-1247-VAP (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a de novo review of those portions of the Report to which plaintiff has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

　　　IT IS THEREFORE ORDERED that Judgment will be entered dismissing the Second Amended Complaint and this action without leave to amend.

DATED:  January 6, 2016_____       _____
　　　　　　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE