JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HUPP, | ) Case No. ED CV 15-1247-VAP (SP) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| MARK EDWARD PETERSEN, et al., | ) |
| Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Complaint and this action are dismissed without leave to amend.

Dated: January 6, 2016_____

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE